# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3548
LT Case No. 2022-CA-000954

_____

REECE SHOUP,

    Appellant,

    v.

HERNANDO COUNTY DETENTION
CENTER,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Hernando County.
Pamela S. Vergara, Judge.

Reece Shoup, Crawfordville, pro se.

Bobby G. Palmer, Jr., and Damon S. Starrett, of Hilyard, Bogan
& Palmer, P.A., Orlando, for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____